ADAM WANG, Bar No. 201233
ADAM PEDERSEN, Bar No. 261901
LAW OFFICES OF ADAM WANG
12 S First Street, Suite 708
San Jose, CA 95113
Tel:  408-292-1040
Fax:  408-416-0248

Attorney for Plaintiff
Jose Santiago

UNITED STATES FEDERAL COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE  DIVISION

| | |
|---|---|
| JOSE SANTIAGO , <br><br> Plaintiff, <br><br> vs. <br><br> WHOLE HOUSE BUILDING SUPPLY & SALVAGE DBA PAUL GARDNER, AND DOES 1-10 <br> Defendants | Case No.:  C10-02526 PVT <br><br> STIPULATION AND ORDER EXTENDING TIME TO RESPOND, CASE DEADLINES AND CASE MANAGEMENT CONFERENCE |

Parties, through their counsel respective counsel stipulate as follows:

1. This is a wage and hour case filed on June 8, 2010.

2. The Summons and Complaint were served on July 16, 2010; and Defendant's responsive pleading is due on August 6, 2010.

3. However, given the nature of the case, parties are willing to explore the possibility of early settlement before spending substantial attorney time in litigation.

4. Parties have already filed their stipulation selecting Court sponsored mediation.

5. Parties request that this Court refer this case to the ADR program to have the mediation completed with 90 days.

6. Parties also stipulate that Defendant should have an extension to respond to the Complaint until December 1, 2010, when the ADR process is completed.

7. Parties further stipulate and request that the Court continue the Initial Case Management Conference currently set for August 31, 2010 to December 14, 2010.  The Last day to file the Rule 26(f) Report, complete initial disclosures and file the Case Management Statement shall be continued accordingly.

8. To facilitate the settlement discussions, the parties stipulate that the Court allow parties to conduct limited written discoveries concerning the Plaintiffs' wage and hours worked, prior to the Rule 26(f) conference.

Dated:  August 4, 2010                     By:  /s/ Adam Wang
                                                Adam Wang
                                                Attorney for Plaintiff

Dated:  August 4, 2010                     By:  /s/ Katherine S. Clark
                                                Katherine S.Clark
                                                Attorney for Defendant

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Defendant shall have until December 1, 2010 to answer or otherwise respond to the Complaint;

IT IS FURTHER ORDERED that the Initial Case Management Conference is continued to December 14, 2010.

IT IS FURTHER ORDERED THAT the last day to file the Rule 26(f) Report, complete initial disclosures and file the Case Management Statement shall be December 7, 2010.

IT IS FURTHER ORDERED that parties are allowed to conduct limited written discovery related to the wages paid Plaintiff and hours worked by Plaintiff.  All other discovery is stayed until the further order of this Court.

IT IS SO ORDERED.

Dated:  August 10, 2010                    By: /s/ Patricia V. Trumbull
                                               Patricia V. Trumbull
                                               US Magistrate Judge

2                   Case No: CV 10- 02526 PVT
**Jose Santiago v. Whole House**