UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSE SANTIAGO,<br><br>        Plaintiff,<br><br>   v.<br><br>WHOLE HOUSE BUILDING SUPPLY, et al.,<br><br>        Defendants. | Case No.: C 10-2526 PSG<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO DECEMBER 21, 2010** |

      This case is currently scheduled for a Case Management Conference on December 14, 2010. The parties' Joint Case Management Conference Statement was due to be filed no later than December 7, 2010 (*see* docket no. 9). As of the time this order is signed, the parties have not filed any Case Management Conference Statement. Therefore,

      IT IS HEREBY ORDERED that the Case Management Conference is CONTINUED to December 21, 2010. The parties shall file their joint or separate Case Management Conference Statement(s) no later than December 14, 2010. Plaintiff is cautioned that failure to timely file a Case Management Conference Statement will result in an order to show cause why the case should not be

1 | dismissed for failure to prosecute.[1]

2 | Dated: *December 8, 2010*

3 | _____
    PAUL S. GREWAL
4 | United States Magistrate Judge

---

[1] Plaintiff's counsel has previously been warned that failure to timely file Case Management Conference Statements (whether joint or separate) may well result in an order to show cause why a case should not be dismissed for failure to prosecute. (*See, e.g., Solorio v. Alvarado*, Case No. C09-4537, docket no. 19).