# UNITED STATES DISTRICT COURT

_____NORTHERN_____ District of _____CALIFORNIA_____

JOSE SANTIAGO

Plaintiff(s),

V.

WHOLE HOUSE BUILDING SUPPLY

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: c10-02526PVT

Notice is hereby given that, subject to approval by the court, Defendant PAUL GARDNER substitutes
(Party (s) Name)

himself, in Pro Se , State Bar No. (N/A) as counsel of record in
(Name of New Attorney)

place of KATHERINE S. CLARK, 919 The Alameda, San Jose, CA 95126 .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:   Paul Gardner dba Whole House Building Supply, in Pro Se
Address:     1955 Pulgas, East Palo Alto, CA 94303
Telephone:   650-327-1933          Facsimile  650-327-1933
E-Mail (Optional):

I consent to the above substitution.
Date: 12-6-10

*(Signature of Party (s))*

I consent to being substituted.
Date: 12/6/10

*(Signature of Former Attorney (s))*

I consent to the above substitution.
Date: 12-6-10

*(Signature of New Attorney)*

The substitution of attorney is hereby approved and so ORDERED.

Date: December 8, 2010

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]