UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSE SANTIAGO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WHOLE HOUSE BUILDING SUPPLY, et al.,<br><br>　　　　　Defendants. | Case No.: C 10-2526 PSG<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO FEBRUARY 22, 2010** |

On December 21, 2010 the parties appeared for a Case Management Conference. Defendant informed the undersigned he is now seeking to retain new counsel. Therefore,

IT IS HEREBY ORDERED that the Case Management Conference is CONTINUED to 2:00 p.m. on February 22, 2011. The parties shall file their joint or separate Case Management Conference Statement(s) no later than February 15, 2010.

Dated: *December 22, 2010*

　　　　　　　　　　　　　　　　　　　　　　　／s／ Paul S. Grewal
　　　　　　　　　　　　　　　　　　　　　　　PAUL S. GREWAL
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER, *page 1*

***Counsel automatically notified of this filing via the court's Electronic Case Filing system.***

copies mailed on     *12/23/10*          to:

Paul Gardener
Whole House Building Supply
1955 Pulgas Ave.
East Palo Alto, CA 94303

                */s/   Donna Kirchner      for*
                OSCAR RIVERA
                Courtroom Deputy