UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSE SANTIAGO,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>WHOLE HOUSE BUILDING SUPPLY,<br>et al.,<br><br>　　　　　Defendants. | Case No.: C 10-02526 PSG<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND SETTING DEADLINE TO CONSENT OR TO REQUEST REASSIGNMENT** |

　　　　The initial case management conference in this case is set for March 29, 2011, and the deadline for filing a case management statement was March 22, 2011.  As a result, the parties were required either to file written consent to the jurisdiction of the magistrate judge or to request reassignment to a district judge, no later than March 22, 2011.  *See* Civ. L. R. 73-1(a)(1).  Plaintiff[1] and Defendant Paul Gardener[2] have both consented to proceed before a magistrate judge.  Defendant Whole House Building Supply has not yet consented to or declined to proceed before a magistrate judge.

　　　　IT IS HEREBY ORDERED that the case management conference is continued to April 5, 2011 at 2 p.m.

---

　　[1] *See* 3/22/11 Joint Case Management Statement ¶ 14 (Docket No. 22) (prepared and signed only by counsel for Plaintiff).

　　[2] *See* 8/6/10 Notice, Consent, and Ref. of Civ. Action to Mag. Judge (Docket No. 6).

ORDER, *page 1*

1     IT IS FURTHER ORDERED that no later than March 31, 2011, Defendant Whole House Building Supply shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment." Both forms are available from the clerk of the court, or from the Forms (Civil) section of the court's website at www.cand.uscourts.gov.

Dated: March 28, 2011

                                                                   _____
                                                                   PAUL S. GREWAL
                                                                   United States Magistrate Judge

**Notice of this filing was automatically mailed to counsel via the court's Electronic Case Filing system.**

**A copy of this filing was mailed to:**

Paul Gardener
1955 Pulgas
East Palo Alto, CA 94303

Dated: March 28, 2011

                                                */s/ Chambers Staff*
                                                Chambers of U.S. Magistrate Judge Paul S. Grewal