UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| JOSE SANTIAGO, | ) | Case No.: C 10-02526 PSG |
| Plaintiff, | ) ) ) | **CASE MANAGEMENT ORDER** |
| v. | ) ) | |
| WHOLE HOUSE BUILDING SUPPLY, et al., | ) ) ) | |
| Defendants. | ) ) | |

   On April 5, 2011, the parties appeared before Magistrate Judge Paul S. Grewal for a case management conference. Based on the parties' Joint Case Management Statement and the discussions held at the case management conference,

   IT IS HEREBY ORDERED that the court adopts the parties' statement of disputed factual and legal issues as set forth in Plaintiff's Case Management Statement.

   IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is sixty days after entry of this order.

   IT IS FURTHER ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure apply.

   IT IS FURTHER ORDERED that if at any point the parties decide a settlement conference with a magistrate judge would be useful. The parties are instructed to contact the court to make

1  arrangements.

2  IT IS FURTHER ORDERED that the following schedule shall apply to this case:

3  Fact Discovery Cutoff. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . May 5, 2011

4  Designation of Opening Experts with Reports. . . . . . . . . . . . . . . . . . . . . . . . May 19, 2011

5  Designation of Rebuttal Experts with Reports.. . . . . . . . . . . . . . . . . . . . . . . . June 2, 2011

6  Expert Discovery Cutoff. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . June 16, 2011

7  Deadline(s) for Filing Discovery Motions. . . . . . . . . . . . . . . *See* Civil Local Rule 37-3

8  Last Day for Dispositive Motion Hearing[1] . . . . . . . . . . . 10:00 a.m. on July 19, 2011

9  Final Pretrial Conference. . . . . . . . . . . . . . . . . . . . . . . 2:00 p.m. on September 6, 2011

10  Jury Trial . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9:30 a.m. on September 19, 2011

11  IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil

12  Practice in Cases Assigned for All Purposes to Magistrate Judge Paul S. Grewal (Dec. 2010), a copy

13  of which is available from the Clerk of the Court,[2] with regard to the timing and content of the Joint

14  Pretrial Statement, and all other pretrial submissions.

15  Dated: April 5, 2011

16  
                                         PAUL S. GREWAL

17                                           United States Magistrate Judge

---

[1] This is the last date for *hearing* dispositive motions. Any such motions must be noticed in compliance with Civil Local Rule 7-2(a).

[2] A copy of Judge Grewal's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Grewal's name, then on the link for "Magistrate Judge Grewal's Standing Orders," and finally on the link for "Judge Grewal's Civil Standing Order."

**Notice of this filing was automatically mailed to counsel via the court's Electronic Case Filing system.**

**A copy of this filing was mailed to:**

Paul Gardener
1955 Pulgas
East Palo Alto, CA 94303


Dated: April 5, 2011

                                                                            */s/ Chambers Staff*
                                                           Chambers of U.S. Magistrate Judge Paul S. Grewal