FROM : FAX NO. : Apr. 29 2009 5:13PM P1
May 03 2011 11:24AM Law Offices of Katherine 650 323-1540 p.1
Case 5:10-cv-02526-PSG Document 31 Filed 05/05/11 Page 1 of 2

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

JOSE SANTIAGO

Plaintiff (s),

v.

WHOLE HOUSEBUILDING SUPPLY

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C 10-02526 PSG

Notice is hereby given that, subject to approval by the court, __Deft. Whole House Building Supply__ substitutes
(Party (s) Name)

__Paul Gardner dba Whole House Building Supply, in pro se__, State Bar No. __(N/A)__ as counsel of record in
(Name of New Attorney)

place of __Katherine S. Clark__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: __Paul Gardner__
Address: __Whole House Building Supply, 1000 S. Amphlett Blvd., San Mateo, CA 94402__
Telephone: __650-342-1443__ Facsimile __650-342-1443__
E-Mail (Optional): __paul@driftwoodsalvage.com__

I consent to the above substitution.
Date: __5/3/11__
(Signature of Party (s))

I consent to being substituted.
Date: __5/3/11__
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: __5/3/11__
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: May 5, 2011
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

**Notice of this filing was automatically mailed to counsel via the court's Electronic Case Filing system.**

**A copy of this filing was mailed to:**

Paul Gardener
1955 Pulgas
East Palo Alto, CA 94303

Dated: May 5, 2011

                                                    */s/ Chambers Staff*
                            Chambers of U.S. Magistrate Judge Paul S. Grewal