ADAM WANG, Bar. No. 201233
ADAM PEDERSEN, Bar No. 261901
LAW OFFICES OF ADAM WANG
12 South First Street, Suite 708
San Jose, CA 95113
Tel: (408) 292-1040
Fax: (408) 416-0248
adamqwang@gmail.com

UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF NORTHERN CALIFORNIA

SANTIAGO,

        Plaintiffs,

vs.

PAUL GARDNER *dba* WHOLE HOUSE BUILDING SUPPLY, et al.,

        Defendants

Case No.: 5:10-cv-02526-PSG

STIPULATION FOR AN EXTENSION OF TIME TO COMPLETE DISCOVERY

    Parties submit the following stipulation request an additional 28 days, until June 9, 2010, to complete discovery:

1. Discovery in this matter has suffered some delay, due in part to Parties' ongoing settlement efforts and in part because of the termination of Defendant's original attorney and current status as a self-represented Defendant.

2. Specifically, in December of 2010 Plaintiff submitted several requests for production and interrogatories to the Defendant.

1

STIPULATION FOR AN EXTENSION OF TIME

3. The response to these requests did not come until March of 2011, after the Defendant's change of counsel.

4. The Defendant did provide some responses to Plaintiff's requests for production.

5. However, Defendant did not forward any response to Plaintiff's interrogatories.

6. Parties have conferred about this issue, and Defendant affirms that his lack of response was not intentional and that he would, given additional time, make a response.

7. Plaintiff accepts, in order to move this matter forward, that the Defendant misunderstood his obligation to respond to Plaintiff's interrogatories and is willing to grant him the time needed to make a formal response.

8. As such, the parties hereby stipulate that the Defendant be allowed 2 weeks from the date of this agreement, until May 26, 2011 to make his response, with an additional 2 weeks thereafter to allow parties to confer, if necessary, about the adequacy of that response.

9. As such, parties agree that the time for discovery should be extended until June 9, 2011.

10. Because trial in this matter is not set until September of 2011 *(pre-trial conference set for 9/2/2011)* this change will not necessitate any other change in the Court's current scheduling order.

//

//

//

//

STIPULATION FOR AN EXTENSION OF TIME

| | | |
|---|---|---|
| Dated: May 5, 2011 | By: | /s/ ADAM PEDERSEN |
| | | Adam Pedersen |
| | | Law Office of Adam Wang |
| | | Attorney for Plaintiff |
| | | |
| Dated: May 5, 2011 | By: | *Paul Gardner* (signature) |
| | | Paul Gardner |
| | | *dba* Whole House Building Supply |
| | | Defendant |

Dated: May 18, 2011

*Paul S. Grewal* (signature)
PAUL S. GREWAL
United States Magistrate Judge

3
**STIPULATION FOR AN EXTENSION OF TIME**

**Notice of this filing was automatically mailed to counsel via the court's Electronic Case Filing system.**

**A copy of this filing was mailed to:**

Paul Gardener
1955 Pulgas
East Palo Alto, CA 94303

Dated: May 18, 2011

                                        */s/ Chambers Staff*
                                    Chambers of U.S. Magistrate Judge Paul S. Grewal