UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSE SANTIAGO,<br><br>          Plaintiff,<br>   v.<br><br>WHOLE HOUSE BUILDING SUPPLY, ET AL.,<br><br>          Defendants. | Case No.: C 10-02526 PSG<br><br>**ORDER REFERRING CASE FOR SETTLEMENT CONFERENCE** |

Pursuant to Plaintiff counsel's telephonic notice to the court that the parties request a settlement conference with a magistrate judge,

IT IS HEREBY ORDERED that this case is referred for a judicial settlement conference with Judge Lloyd. Parties shall contact Courtroom Deputy Patricia Cromwell at 408-535-5365 to make arrangements for the settlement conference.

Dated: June 17, 2011

                                        _____
                                        PAUL S. GREWAL
                                        United States Magistrate Judge

**Notice of this filing was automatically mailed to counsel via the court's Electronic Case Filing system.**

**A copy of this filing was mailed to:**

Paul Gardener
1000 S Amphlett Boulevard
San Mateo, CA 94402

Dated: June 17, 2011

                                              */s/ Chambers Staff*
                                    Chambers of U.S. Magistrate Judge Paul S. Grewal

Case No.: 10-02526 PSG
ORDER