UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSE SANTIAGO,<br><br>           Plaintiff,<br><br>   v.<br><br>PAUL GARDENER, dba, WHOLE HOUSE BUILDING SUPPLY,<br><br>           Defendant. | Case No.: C 10-2526 PSG<br><br>**ORDER RE MOTION TO DISMISS**<br><br>**(Re: Docket No. 51)** |

On September 6, 2011, Adam Wang ("Wang"), counsel for Plaintiff Jose Santiago ("Santiago") and Katherine Clark ("Clark"), counsel for Defendant Paul Gardener, dba Whole House Building Supply ("Gardener"), appeared for a final pretrial conference. Unfortunately, the court was unable to proceed with pretrial matters as scheduled. The reason is that the parties failed to file in a timely manner all materials necessary for a productive conference,[1] including trial briefs, proposed voir dire and verdict forms, a joint pretrial statement, and motions *in limine*.[2] In particular, Wang failed to comply with the court's standing order to meet and confer with Gardener and Clark, failed to meet multiple pretrial filing deadlines, and ultimately filed his pretrial materials late and up

---

[1] The court recognizes that Gardener, acting at the time in *pro se*, made multiple efforts to meet and confer with Wang, and ultimately filed a separate pretrial conference statement, trial exhibits, and proposed jury voir dire. *See* Docket Nos. 44, 45.

[2] *See* Standing Order for Civil Practice in Cases Assigned for all Purposes to Magistrate Judge Paul S. Grewal (December 2010).

ORDER, *page 1*

to the last minute.[3]

In view of Wang's intransigence in working with Gardener to meet deadlines and apparent lack of good faith in preparing for trial, Gardener filed a motion to dismiss and motion for sanctions pursuant to Fed. R. Civ. P. 16(f) and 37(b)(2)(C). The court has taken Gardener's motion under submission and will allow Santiago and Wang until Friday, September 9, 2011 at 5:00 p.m. to file a written response. The court will hear oral argument on the motion to dismiss at hearing on Tuesday, September 16, 2011 at 2:00 p.m. Until resolution of the motion to dismiss, the court will stay Gardener's deadlines to submit remaining pretrial materials. The trial date remains September 19, 2011.

Dated: September 8, 2011

PAUL S. GREWAL
United States Magistrate Judge

---

[3] Based on the court's standing order and the pretrial conference calendar date of September 6, 2011, Wang should have met and conferred with Gardener by August 16, 2011, filed a trial brief and motions *in limine* by August 29, and together with Gardener, filed a joint pretrial conference statement by August 29, 2011. Instead, Wang filed his trial brief on September 6, 2011 minutes before the pretrial conference time, a motion *in limine* on September 2, 2011, and a separate pretrial conference statement on August 29, 2011. *See* Docket Nos. 42-48, 53.

ORDER, *page 2*