# UNITED STATES DISTRICT COURT

_____ Northern _____  **District of**  _____ California _____

| | |
|---|---|
| Jose Santiago | |
| Plaintiff (s), | **CONSENT ORDER GRANTING** |
| V. | **SUBSTITUTION OF ATTORNEY** |
| Whole House Building Supply | |
| Defendant (s), | **CASE NUMBER:** C10-02526 PSG _____ |

Notice is hereby given that, subject to approval by the court, __Defendant Paul Gardner_____ substitutes
(Party (s) Name)

__Katherine S. Clark_____ , State Bar No. __94871_____ as counsel of record in
(Name of New Attorney)

place of __Paul Gardner, pro se._____ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: __Law Offices of Katherine S. Clark_____

Address: __919 The Alameda_____

Telephone: __408-350-7523_____   Facsimile __408-715-2564_____

E-Mail (Optional): _____

I consent to the above substitution.

Date: __9-5-11_____

PAUL GARDNER DBA WHOLE HOUSE BUILDING SUPPLY

_Paul Gardner_
(Signature of Party (s))

I consent to being substituted.

Date: __9-5-11_____

_Paul Gardner_
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: __9/5/11_____

_Katherine S. Clark_
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: __9/8/2011_____

_Paul S. Grewal_
Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**