AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

Jose Santiago

Plaintiff(s),

V.

Whole House Building Supply

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C10-02526 PSG

Notice is hereby given that, subject to approval by the court, __Defendant Paul Gardner__ substitutes
(Party (s) Name)

__Katherine S. Clark__, State Bar No. __94871__ as counsel of record in
(Name of New Attorney)

place of __Paul Gardner, pro se.__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Law Offices of Katherine S. Clark
Address: 919 The Alameda
Telephone: 408-350-7523    Facsimile 408-715-2564
E-Mail (Optional):

I consent to the above substitution.
Date: 9-5-11

*[handwritten: Paul Gardner DBA Whole House Building Supply]*
*Paul Gardner* (Signature of Party(s))

I consent to being substituted.
Date: 9-5-11

*Paul Gardner* (Signature of Former Attorney(s))

I consent to the above substitution.
Date: 9/5/11

*Katherine S. Clark* (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 9/8/2011

*Paul S. Grewal*
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]