# UNITED STATES DISTRICT COURT

_____ Northern _____  District of  _____ California _____

Jose Santiago

Plaintiff (s),

V.

Whole House Building Supply

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C10-02526 PSG

Notice is hereby given that, subject to approval by the court, Paul Gardner dba Whole House Building Supply substitutes
(Party (s) Name)

Katherine S. Clark _____ , State Bar No. 94871 _____ as counsel of record in
(Name of New Attorney)

place of   Paul Gardner, pro se. _____ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:   Law Offices of Katherine S. Clark

Address:   919 The Alameda

Telephone:   408-350-7523                      Facsimile 408-715-2564

E-Mail (Optional):

I consent to the above substitution.
Date:   9/5/11

PAUL GARDNER DBA WHOLE HOUSE BUILDING SUPPLY
*/s/ Paul Gardner*
(Signature of Party (s))

I consent to being substituted.
Date:   9/5/11

*/s/ Paul Gardner*
(Signature of Former Attorney (s))

I consent to the above substitution.
Date:   9/5/11

*/s/ Katherine S. Clark*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:   9/6/2011

*/s/ Paul S. Grewal*
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]