✎AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Northern | **District of** | California |
|---|---|---|

Jose Santiago

Plaintiff (s),

V.

Whole House Building Supply

Defendant (s),

## CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

CASE NUMBER: C10-02526 PSG

Notice is hereby given that, subject to approval by the court, <u>Paul Gardner dba Whole House Building</u> substitutes *Supply*

(Party (s) Name)

<u>Katherine S. Clark</u> , State Bar No. <u>94871</u> as counsel of record in

(Name of New Attorney)

place of <u>Paul Gardner, pro se.</u> .

(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: <u>Law Offices of Katherine S. Clark</u>

Address: <u>919 The Alameda</u>

Telephone: <u>408-350-7523</u>            Facsimile <u>408-715-2564</u>

E-Mail (Optional): _____

I consent to the above substitution.

Date: 9/5/11

*PAUL GARDNER DBA WHOLE HOUSE BUILDING SUPPLY*

*Paul Gardner*

(Signature of Party (s))

I consent to being substituted.

Date: 9/5/11

*Paul Gardner*

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 9/5/11

*Katherine S Clark*

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 9/6/2011

*Paul S. Grewal*

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**