United States District Court
For the Northern District of California

1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                   NORTHERN DISTRICT OF CALIFORNIA
8                          SAN JOSE DIVISION

| | |
|---|---|
| JOSE SANTIAGO, ) | Case No.: C 10-2526 PSG |
| ) | |
| Plaintiff, ) | **ORDER VACATING PENDING HEARINGS, DENYING MOTIONS AS MOOT, AND VACATING TRIAL DATE** |
| ) | |
| v. ) | |
| ) | |
| PAUL GARDENER, dba, WHOLE ) HOUSE BUILDING SUPPLY, ) | |
| ) | |
| Defendant. ) | |
| _____ | |

In light of the parties' settlement of this matter,[1] the court hereby VACATES all pending hearings, DENIES Defendant's motion to dismiss as moot,[2] DENIES Plaintiff's motion *in limine* no. 1 as moot,[3] and VACATES the trial date of September 19, 2011.

IT IS SO ORDERED.

Dated: 9/9/2011

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Minute Entry: Settlement Conference held. Case Settled. Terms are confidential. (Docket No. 59).

[2] Defendant's Motion to Dismiss and Motion for Sanctions (Docket No. 51).

[3] Plaintiff's Motion in Limine No. 1 (Docket No. 48).

ORDER, *page 1*