UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSE SANTIAGO,<br><br>        Plaintiff,<br><br>    v.<br><br>PAUL GARDENER, dba, WHOLE HOUSE BUILDING SUPPLY,<br><br>        Defendant. | Case No.: C 10-2526 PSG<br><br>**ORDER VACATING PENDING HEARINGS, DENYING MOTIONS AS MOOT, AND VACATING TRIAL DATE** |

In light of the parties' settlement of this matter,[1] the court hereby VACATES all pending hearings, DENIES Defendant's motion to dismiss as moot,[2] DENIES Plaintiff's motion *in limine* no. 1 as moot,[3] and VACATES the trial date of September 19, 2011.

IT IS SO ORDERED.

Dated: 9/9/2011

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Minute Entry: Settlement Conference held. Case Settled. Terms are confidential. (Docket No. 59).

[2] Defendant's Motion to Dismiss and Motion for Sanctions (Docket No. 51).

[3] Plaintiff's Motion in Limine No. 1 (Docket No. 48).

ORDER, *page 1*