UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSE SANTIAGO, ) | Case No.: C 10-2526 PSG |
| ) | |
| Plaintiff, ) | **STANDBY ORDER TO SHOW** |
| v. ) | **CAUSE** |
| ) | |
| WHOLE HOUSE BUILDING SUPPLY and ) | **(Re: Docket No. 59)** |
| PAUL GARDENER, ) | |
| ) | |
| Defendants. ) | |

The court has been informed that the parties have reached a settlement agreement.

IT IS HEREBY ORDERED that the parties are required to file a stipulation of dismissal by October 21, 2011. If a stipulation of dismissal is not filed by that date, the parties shall appear on November 1, 2011 at 2 p.m. in Courtroom 5, 4th Floor of the San Jose Courthouse to show cause why this case should not be dismissed.

Failure to comply with this order may result in dismissal of the action pursuant to Federal Rule of Civil Procedure 41(b).

Dated: September 23, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge

Case No.: 11-02526
ORDER