ADAM WANG, Bar No. 201233
ADAM PEDERSEN, Bar No. 261091
LAW OFFICES OF ADAM WANG
12 S First Street, Suite 708
San Jose, CA 95113
Tel:  408-292-1040
Fax:  408-416-0268
adamqwang@gmail.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE SANTIAGO ,<br>　　　　Plaintiff,<br>　　vs.<br>WHOLE HOUSE BUILDING SUPPLY & SALVAGE DBA PAUL GARDNER, AND DOES 1-10<br>　　　　Defendants | Case No.:   C10-02526 PSG<br><br>STIPULATION FOR DISMISSAL & ORDER THEREON |

Parties, through their counsel, stipulate as follows:

　　1.　Parties have reached a settlement at the Settlement Conference before Judge Lloyd fully disposing of the case.

　　2.　Parties hereby stipulate to dismiss this case with prejudice in its entirety

　　3.　Parties stipulate and request that this Court retain jurisdiction for the purpose of enforcing the settlement.

Dated: October 26, 2011　　　　　　　　　　By:  /s/ADAM WANG
　　　　　　　　　　　　　　　　　　　　　　　　ADAM Wang
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs

Dated:  October 26, 2011　　　　　　　　　　By:　/s/ Katherine S. Clark
　　　　　　　　　　　　　　　　　　　　　　　　Katherine Clark
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

[PROPOSED] ORDER

Pursuant to parties' stipulation, IT IS SO ORDERED.

Dated: October _31_, 2011　　　　　　　　　By:  /s/ Paul S. Grewal
　　　　　　　　　　　　　　　　　　　　　　　　Paul S. Grewal
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

STIPULATION OF DISMISSAL
Santiago v. Whole House Supplies, et al      1                    Case No. C10-2526 PSG